1  CAROLEE G. KILDUFF, ESQ., SBN 107232           (SPACE BELOW FOR FILING STAMP ONLY)
   ALLISON E. GOLDSMITH, ESQ., SBN 238263
2  **ANGELO, KILDAY & KILDUFF**
3  Attorneys at Law
   601 University Avenue, Suite 150
4  Sacramento, CA  95825
   Telephone:  (916) 564-6100
5  Telecopier:  (916) 564-6263

6  Attorneys for Defendant, COUNTY OF SOLANO (also sued herein as Solano County
7  Department of Health and Human Services)

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10
11  NATHAN HANSFORD,                 )  Case No.: CV 08-3496
                                     )
12              Plaintiff,           )
                                     )  **[PROPOSED] ORDER TRANSFERRING**
13         vs.                       )  **CASE**
                                     )
14  SOLANO COUNTY DEPARTMENT OF      )
    HEALTH AND HUMAN SERVICES, and   )
15  DOES 1-50, inclusive,            )
                                     )
16                                   )
                Defendants.          )
17  _____)

18         Pursuant to 28 U.S.C. section 1406(a), the parties have stipulated that the United States
19  District Court, Northern District of California, is the incorrect District for venue in this case
20  because the case arises out of Plaintiff Nathan Hansford's employment with the County of
21  Solano, located within the jurisdiction of the United States District Court for the Eastern District.
22  The parties have jointly applied to this Court for an Order transferring this case to the United
23  States District Court, Eastern District of California.  This court finds it is in the interest of justice
24  to transfer this case to the Eastern District, therefore the parties' joint application is **GRANTED**.
25  **IT IS SO ORDERED.**

26  Dated: August 25, 2008          _/s/ Jeffrey S. White_____
27                                  JEFFREY S. WHITE
28                                  UNITED STATES DISTRICT JUDGE FOR THE
                                    NORTHERN DISTRICT OF CALIFORNIA