CAROLEE G. KILDUFF, ESQ., SBN 107232
SUSAN A. DeNARDO, ESQ., SBN 235166
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendant, COUNTY OF SOLANO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN HANSFORD,<br><br>    Plaintiff,<br><br>    vs.<br><br>SOLANO COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES, and DOES 1-50, inclusive,<br><br>    Defendants. | Case No.: 2:08-CV-02232 MCE EFB<br><br>**STIPULATION AND PROPOSED ORDER** |

Plaintiff Nathan Hansford, by and through his attorneys of record, and Defendant County of Solano, by and through its attorneys of record, hereby stipulate as follows:

1. Personnel documents are confidential and are not to be produced to third parties absent agreement by all parties.

2. Personnel documents may be disclosed to supervisors of the individual employee, members of the County of Solano Equal Employment Opportunity Department, risk management, and human resources.

3. Personnel documents may be shown to experts.

4. Personnel documents are to be identified as personnel documents by a statement on each document which reads "personnel document."

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

5. Personnel documents are to be returned to the Department at the end of the case or destroyed.

Dated: 6/25/09                                 ANGELO, KILDAY & KILDUFF

                                                            */s/ Carolee G. Kilduff*
                                       By:_____
                                             CAROLEE G. KILDUFF
                                             SUSAN A. DeNARDO
                                             Attorneys for Defendant COUNTY OF SOLANO

Dated: 6/23/09                                 STEWART AND MUSELL

                                                            */s/ Wendy Musell*
                                       By:_____
                                             WENDY MUSELL
                                             Attorneys for Plaintiff NATHAN HANSFORD

**IT IS SO ORDERED.**

**DATED:** June 30, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com