1  CAROLEE G. KILDUFF, ESQ., SBN 107232
2  SUSAN A. DeNARDO, ESQ., SBN 235166
   **ANGELO, KILDAY & KILDUFF**
3  Attorneys at Law
   601 University Avenue, Suite 150
4  Sacramento, CA  95825
   Telephone:  (916) 564-6100
5  Telecopier:  (916) 564-6263

6  Attorneys for Defendant, COUNTY OF SOLANO

7                     **UNITED STATES DISTRICT COURT**
8
                      **EASTERN DISTRICT OF CALIFORNIA**
9

10 | NATHAN HANSFORD, | ) | Case No.: 2:08-CV-02232 MCE EFB |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | **STIPULATION AND ORDER** |
| vs. | ) | **MODIFYING PRETRIAL SCHEDULING** |
|  | ) | **ORDER** |
| SOLANO COUNTY DEPARTMENT OF | ) |  |
| HEALTH AND HUMAN SERVICES, and | ) |  |
| DOES 1-50, inclusive, | ) |  |
|  | ) |  |
| Defendants. | ) |  |
| _____ | ) |  |

18
        The parties herein have been proceeding diligently with discovery, but due to the large
19
   number of issues, documents and witnesses in this case find that it will be impossible to
20
   complete discovery by the current deadline of December 15, 2009.  Accordingly, the parties have
21
   entered into a stipulation to move the dates for discovery cut-off, dispositive motion cut-off,
22
   expert disclosure and discovery a few months out, with the Court's permission.  Plaintiff would
23
   prefer to keep the current Pretrial Conference Statement due date, the Pretrial Conference date,
24
   and trial date.  Defendant would prefer to move these dates out several months as well, to dates
25
   convenient for the Court's calendar.
26
        Additionally, since the parties need more time for discovery, they propose that the
27
   Settlement Conference date of January 13, 2010 at 1:30 p.m. before Judge Kimberly J. Mueller
28
   also be moved.

-1-

**STIPULATION AND ORDER MODIFYING PRETRIAL (STATUS SCHEDULING ORDER)**

PDF created with pdfFactory trial version www.pdffactory.com

The parties have a related case in Solano Superior Court in which extensive discovery has been taken and is planned.  Additionally a mediation is scheduled for December 3, 2009 in that case, *Merlonghi v. Solano County*, which may resolve some issues pertinent to this litigation and eliminate the need for some planned discovery in this case.  Accordingly, the parties believe it would be in the interest of judicial economy and resources to extend the dates for discovery and dispositive motion cut-off in accordance with this stipulation.

Dated:  10/29/09         STEWART AND MUSELL

         */s/ Wendy Musell*
By:_____
    WENDY MUSELL
    Attorneys for Plaintiff NATHAN
    HANSFORD

Dated:  10/29/09         ANGELO, KILDAY & KILDUFF

         */s/ Carolee G. Kilduff*
By:_____
    CAROLEE G. KILDUFF
    SUSAN A. DeNARDO
    Attorneys for Defendant COUNTY OF
    SOLANO

## ORDER

In light of the parties' stipulation, and good cause appearing therefor, the Pretrial Scheduling Order is modified. Due to the Court's calendar, and on the court's own motion, the Final Pretrial Conference scheduled for September 3, 2010, and the Jury Trial scheduled for October 18, 2010 are hereby VACATED to be replaced with the dates indicated below. All scheduling changes shall be as follows:

Discovery Deadline              Old Date: December 15, 2009     New Date: April 1, 2011

Dispositive Motion Filing Date  Old Date: April 15, 2010        New Date: August 1, 2011

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| Expert Discovery Deadline | Old Date: February 15, 2010 | New Date: June 1, 2011 |
| Joint Final Pretrial Statement | Old Date: August 13, 2010 | Due: November 17, 2011 |
| Final Pretrial Conference | Old Date: September 3, 2010 (VACATED) | December 15, 2011 at 2p.m. in Courtroom 7 |
| Jury Trial | Old date: October 18, 2010 (VACATED) | February 21, 2012 at 9a.m. in Courtroom 7 |

Dated: November 4, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-3-

**STIPULATION AND ORDER MODIFYING PRETRIAL (STATUS SCHEDULING ORDER)**

PDF created with pdfFactory trial version www.pdffactory.com