1  CAROLEE G. KILDUFF, SBN 107232
   PETER D. HALLORAN, SBN 184025
2  **ANGELO, KILDAY & KILDUFF, LLP**
3  Attorneys at Law
   601 University Avenue, Suite 150
4  Sacramento, CA  95825
   Telephone:  (916) 564-6100
5  Telecopier:  (916) 564-6263

6  Attorneys for Defendant, COUNTY OF SOLANO

7                    **UNITED STATES DISTRICT COURT**
8
                     **EASTERN DISTRICT OF CALIFORNIA**
9

10  NATHAN HANSFORD,                    ) Case No.: 2:08-CV-02232 MCE KJN
                                        )
11                       Plaintiff,     )
                                        )
12                vs.                   ) **STIPULATION AND ORDER**
                                        ) **EXTENDING DISCOVERY CUT-OFF**
13                                      )
    SOLANO COUNTY DEPARTMENT OF         )
14  HEALTH AND HUMAN SERVICES, and      )
    DOES 1-50, inclusive,              )
15                                      )
                                        )
16                       Defendants.    )
17  _____)

18

19          The parties to this action have agreed to participate in mediation and are in the process of

20  selecting a mediator.  The parties would like to participate in this mediation prior to completing

21  discovery.  However, the current discovery cut-off date is April 1, 2011.

22          Additionally, due to the large number of issues, documents and witnesses in this case, the

23  parties find that it will be impossible to complete discovery by the April 1, 2011 deadline.

24          Accordingly, the parties have entered into this stipulation to move the date for the

25  completion of discovery with the Court's permission.  Both parties would prefer to keep all

26  remaining deadlines within the Court's November 6, 2009 Scheduling Order intact.

27

28

-1-
**STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY CUT-OFF**

1        The parties have stipulated to the following new date:

2    Discovery cut-off            Old Date: April 1, 2011            New Date: July 1, 2011

8    Dated:  March 7, 2011                    STEWART AND MUSELL

9                                                      */s/ Wendy Musell*
                                                       *[per approval via email]*
10                                             By:_____

11                                                 WENDY MUSELL
                                                   Attorneys for Plaintiff NATHAN
12                                                 HANSFORD

13   Dated: March 7, 2011                     ANGELO, KILDAY & KILDUFF, LLP

14
                                                       */s/ Carolee G. Kilduff*
15                                             By:_____

16                                                 CAROLEE G. KILDUFF
                                                   PETER D. HALLORAN
17                                                 Attorneys for Defendant COUNTY OF
                                                   SOLANO
18   00049357

19                                        ORDER

20

21        Good cause appearing therefor,

22   IT IS SO ORDERED.

23   DATE:  April 5, 2011

24

25                                             _____
                                               MORRISON C. ENGLAND, JR.
26                                             UNITED STATES DISTRICT JUDGE

27

28

---

**STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY CUT-OFF**