CAROLEE G. KILDUFF, SBN 107232
PETER D. HALLORAN, SBN 184025
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendant
COUNTY OF SOLANO

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN HANSFORD, | Case No.: 2:08-CV-02232 MCE KJN |
| Plaintiff, | **ORDER GRANTING EX PARTE APPLICATION SHORTENING TIME RE MOTION TO AMEND AMENDED PRETRIAL SCHEDULING ORDER** |
| vs. | |
| SOLANO COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES, and DOES 1-50, inclusive, | |
| Defendants. | |

After considering the papers submitted in support of, and in opposition to, the Defendant's Ex Parte Application for an Order Shortening Time for the Hearing on its Motion to Amend Amended Pretrial Scheduling Order, and good cause appearing therefore, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Ex Parte Application for Order Re Motion to Amend Amended Pre-Trial Scheduling Order is granted.

2. The County's Motion to Amend Amended Pre-Trial Scheduling Order shall be heard before this Court at 2:00 p.m.. on August 11, 2011.

///

///

-1-
**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION SHORTENING TIME RE MOTION TO AMEND AMENDED PRETRIAL SCHEDULING ORDER**

3. All papers filed in support of that motion shall be filed by no later than July 29, 2011. Any papers filed in opposition to that motion shall be filed by no later than August 4, 2011. Any reply papers shall be filed by no later than August 8, 2011.

IT IS SO ORDERED.

DATE: July 28, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE