CAROLEE G. KILDUFF, SBN 107232
PETER D. HALLORAN, SBN 184025
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendant
COUNTY OF SOLANO

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATHAN HANSFORD, | Case No.: 2:08-CV-02232 MCE KJN |
| Plaintiff, | **STIPULATION AND PROTECTIVE ORDER RE: MEDICAL RECORDS** |
| vs. | |
| SOLANO COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES, and DOES 1-50, inclusive, | |
| Defendants. | |

Whereas, plaintiff's counsel has previously produced some of plaintiff's medical records and medical information to counsel for the Defendant.

Whereas, and this Court has ordered that Kaiser produce to counsel for the Defendant certain of plaintiff's medical records.

Whereas, plaintiff is desirous that his medical privacy be maintained and that his medical records and medical information not be publicly disseminated.

Whereas, this Court has ordered that the parties enter into a protective order governing the handling of plaintiff's medical records and medical information.

Therefore, the parties hereto, by and through their counsel of record, hereby stipulate and

agree as follows:

1. This stipulation shall apply to "Plaintiff's Medical Records" which is defined as follows:

   a. The medical records previously produced by Plaintiff which were Bates numbered P0197 through P02047.

   b. Whatever medical records are produced by Kaiser in response to the Court Order dated July 29, 2011.

   c. Any other medical records of Plaintiff which are produced by Plaintiff or by Kaiser after the date of execution of this Stipulation and Order.

2. In order to preserve any privacy rights attaching to Plaintiff's Medical Records, Defendant agrees not to produce Plaintiff's Medical Records or medical information to any person, with the exception of Defendant's legal counsel (including employees of Defendant's legal counsel) and medical or psychological experts, absent the written agreement of plaintiff's counsel.

3. Should Defendant retain the services of a medical or psychological expert, that expert shall be provided with a copy of this Stipulation and Order and must agree to abide by the non-disclosure terms set forth herein. Absent such agreement, the expert, whether the expert is retained solely for consulting purposes, or for trial, will not be allowed access to any of Plaintiff's medical records or information.

4. Should either party desire to file Plaintiff's Medical Records with the Court in a pre-trial Court filing, said records must be filed under seal or in redacted form provided Plaintiff's counsel agrees in advance of the filing to the filing of the redacted document without a sealing order.

5. To the extent that Defendant desires to introduce Plaintiff's Medical Records as exhibits at trial, the parties will meet and confer in good faith about the appropriate mechanisms to address privacy concerns, including, but not limited to redactions. Any disputes over the privacy mechanism to apply shall be resolved by the Court.

6. At the conclusion if this lawsuit, counsel for Defendant will destroy all copies of

1  Plaintiff's Medical Records, or any abstracts or compilations containing Plaintiff's medical
2  information, as well as any reports or briefing containing Plaintiff's medical information or
3  Medical Records which Defendant possesses.

4      7.    By this stipulation, Plaintiff does not waive any privacy rights which may attach
5  to his Medical Records and medical information.  Plaintiff reserves the right to assert privacy
6  objections relating to his Medical Records or medical information as appropriate.

7      8.    Defendant will agree to the execution of a separate stipulation and order calling
8  for the sealing or removal of Exhibit L from the July 21, 2011 Declaration of Peter Halloran [Dkt
9  No 72-3] from the Court record.

11  IT IS SO STIPULATED AND AGREED:

13  Dated:  August 5, 2011        ANGELO, KILDAY & KILDUFF, LLP

        */s/ Peter D. Halloran*
By:_____
  CAROLEE G. KILDUFF
  PETER D. HALLORAN
  Attorneys for Defendant
  COUNTY OF SOLANO

19  Dated:  August 5, 2011        STEWART & MUSELL

        */s/ Elisa J. Stewart*
By:_____
  WENDY E. MUSELL
  ELISA J. STEWART
  Attorneys for Plaintiff
  NATHAN HANSFORD

25  ////
26  ////
27  ////
28  ////

## ORDER

The Stipulation and Protective Order Re: Medical Records is hereby APPROVED, except that, as to paragraph 4, any party that wishes to file any protected document with the court under seal shall comply with all of the court's Local Rules regarding the sealing of documents, including Local Rules 140 and 141.

IT IS SO ORDERED.

DATED: August 5, 2011

/s/ Kendall J. Newman
UNITED STATES MAGISTRATE JUDGE