Wendy E. Musell, State Bar No. 203507
Elisa J. Stewart, State Bar No. 219557
STEWART & MUSELL
351 California Street, Suite 700
San Francisco, CA 94104
Telephone:   (415) 593-0083
Facsimile:   (415) 520-0920

Attorneys for Plaintiff
Nathan Hansford

Carolee Kilduff, State Bar No. 107232
Peter Halloran, State Bar No. 184025
ANGELO, KILDAY & KILDUFF
601 University Ave., Suite 150
Sacramento, CA 95825
Telephone:   (916) 564-6100
Facsimile:   (916) 564-6263
Attorneys for Defendant County of Solano

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN HANSFORD,<br><br>        Plaintiff,<br><br>    v.<br><br>SOLANO COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES and DOES ONE THROUGH FIFTY, inclusive,<br><br>        Defendants. | Case No.  2:08 CV 02232 MCE KJN<br><br>**STIPULATION AND ORDER RE JOINDER OF REAL PARTY IN INTEREST** |

Subject to the approval of the Court, Plaintiff Nathan Hansford and Defendant sued herein as Solano County Department of Health and Human Services, HEREBY STIPULATE AS FOLLOWS:

Plaintiff filed this action against Solano County Department of Health and Human Services. Defendant has informed Plaintiff that the name of the proper party in interest is County of Solano. Both parties have proceeded in this action as if the County of Solano had been properly named as Defendant, instead of the Solano County Department of Health and Human Services. Pursuant to Fed. R. Civ. Pro. 15(a)(2), 17(a)(3) and 17(b)(3), the parties agree and stipulate that Plaintiff may amend his complaint to name the County of Solano, in lieu of the Solano County Department of Health and Human Services. Further, Defendant is not required to file a further responsive pleading; Defendant's Answer shall be deemed to have been submitted by the County of Solano.

IT IS SO STIPULATED.

FOR THE DEFENDANT:

RESPECTFULLY SUBMITTED,

By: /s/ Peter Halloran
_____
Carolee Kilduff
Peter Halloran
ANGELO, KILDAY & KILDUFF
Attorneys for Defendant
COUNTY OF SOLANO

FOR THE PLAINTIFF:

By: /s/ Wendy Musell
_____
Wendy Musell
Elisa J. Stewart
STEWART & MUSELL
Attorneys for Plaintiff
NATHAN HANSFORD

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/18/2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE