Wendy E. Musell, State Bar No. 203507
Elisa J. Stewart, State Bar No. 219557
STEWART & MUSELL
351 California Street, Suite 700
San Francisco, CA 94104
Telephone:   (415) 593-0083
Facsimile:    (415) 520-0920

Attorneys for Plaintiff
Nathan Hansford

Carolee Kilduff, State Bar No. 107232
Allison Goldsmith, State Bar No. 238263
ANGELO, KILDAY & KILDUFF
601 University Ave., Suite 150
Sacramento, CA 95825
Telephone:   (916) 564-6100
Facsimile:    (916) 564-6263

Attorneys for Defendant Solano County

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATHAN HANSFORD, | Case No.  2:08 CV 02232 MCE KJN |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE REMOVAL AND SEALING OF PLAINTIFF'S MEDICAL RECORDS FROM THE EASTERN DISTRICT COURT ONLINE FILING SYSTEM** |
| v. | |
| SOLANO COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES and DOES ONE THROUGH FIFTY, inclusive, | |
| Defendants. | |

Subject to the approval of the court, Plaintiff Nathan Hansford and Defendant sued herein as Solano County HEREBY STIPULATE AS FOLLOWS:

1 | Medical records are afforded a constitutional right to privacy pursuant to California
2 | Constitution, Article 1 § 1.
3 | Plaintiff's medical records are currently filed, unsealed, as Exhibit L to Peter Halloran's
4 | Declaration is Support of Defendant's Motion to Compel Documents Pursuant to Subpoena, in
5 | the above referenced case, Docket No. 72-3, pgs. 8-29. These records contain various private
6 | medical concerns as well as Plaintiff's unredacted date of birth.
7 | Given the private nature of these records, the parties have agreed that Exhibit L shall be
8 | removed from the online filing system and placed under seal.

IT IS SO STIPULATED.

RESPECTFULLY SUBMITTED,

FOR THE DEFENDANT:

By: /s/ Peter Halloran
_____
Peter Halloran
ANGELO, KILDAY & KILDUFF

Attorneys for Defendant
SOLANO COUNTY

FOR THE PLAINTIFF:

By: /s/ Elisa J. Stewart
_____
Elisa J. Stewart
STEWART & MUSELL

Attorneys for Plaintiff
NATHAN HANSFORD

## **ORDER**

The undersigned approves the parties' stipulation regarding the sealing of certain documents presently available on the court's public docket. However, the undersigned notes that the court cannot "split" Portable Document Format filings page-by-page. In light of the notice of settlement filed in this matter and for the sake of efficiency, the undersigned directs the Clerk of

1  Court to seal the entire .pdf filing in which the "Exhibit L" referenced in the stipulation is
2  contained.
3        Accordingly, IT IS HEREBY ORDERED that:
4        1.    The parties' stipulation and proposed order (Dkt. No. 96) is approved.
5        2.    The Clerk of Court is directed to seal and remove from the public docket
6  document number 72-3, which is contained in docket entry 72.
7        3.    If at some future time a party wishes to unseal all or a portion of document
8  number 72-3, that party may file a request to unseal in accordance with the court's Local Rules.
9        IT IS SO ORDERED.
10 DATED:  September 12, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE