1  CAROLEE G. KILDUFF, SBN 107232
   PETER D. HALLORAN, SBN 184025
2  **ANGELO, KILDAY & KILDUFF, LLP**
3  Attorneys at Law
   601 University Avenue, Suite 150
4  Sacramento, CA  95825
   Telephone:  (916) 564-6100
5  Telecopier:  (916) 564-6263

6  Attorneys for Defendant, COUNTY OF SOLANO

7                    **UNITED STATES DISTRICT COURT**

8                    **EASTERN DISTRICT OF CALIFORNIA**

9

10  NATHAN HANSFORD,                    )  Case No.: 2:08-CV-02232 MCE KJN
                                        )
11                       Plaintiff,     )
                                        )
12             vs.                      )  **STIPULATION FOR DISMISSAL AND**
                                        )  **ORDER**
13                                      )
    SOLANO COUNTY DEPARTMENT OF         )
14  HEALTH AND HUMAN SERVICES, and      )
    DOES 1-50, inclusive,              )
15                                      )
                                        )
16                       Defendants.    )
                                        )
17  _____

18

19         The parties, by and through their respective counsel, hereby stipulate to the entry of an

20  order dismissing this action in its entirety, with prejudice, which each party to bear its/his own

21  fees and costs, including all attorneys' fees.

22

23    Dated:  October 6, 2011              STEWART AND MUSELL

24                                         */s/ Wendy Musell*
25                                         *[per approval via email]*
                                           By:_____
26                                              ELISA J. STEWART
27                                              WENDY MUSELL
                                                Attorneys for Plaintiff, NATHAN
28                                              HANSFORD

---

-1-
**STIPULATION FOR DISMISSAL AND ORDER**

Dated: October 6, 2011                    ANGELO, KILDAY & KILDUFF, LLP

                                          */s/ Peter D. Halloran*
                                  By:_____
                                          CAROLEE G. KILDUFF
                                          PETER D. HALLORAN
                                          Attorneys for Defendant, COUNTY OF
                                          SOLANO

## <u>ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT HEREBY ORDERED THAT this action is dismissed with prejudice, each party to bear its/his own fees and costs, including attorneys' fees.  The Clerk of the Court is directed to close this case.

Dated:  October 6, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**STIPULATION FOR DISMISSAL AND ORDER**