CAROLEE G. KILDUFF, SBN 107232
PETER D. HALLORAN, SBN 184025
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendant, COUNTY OF SOLANO

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN HANSFORD, | Case No.: 2:08-CV-02232 MCE KJN |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL AND ORDER** |
| SOLANO COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES, and DOES 1-50, inclusive, | |
| Defendants. | |

The parties, by and through their respective counsel, hereby stipulate to the entry of an order dismissing this action in its entirety, with prejudice, which each party to bear its/his own fees and costs, including all attorneys' fees.

Dated:  October 6, 2011              STEWART AND MUSELL

                                      */s/ Wendy Musell*
                                      *[per approval via email]*
                                  By:_____
                                      ELISA J. STEWART
                                      WENDY MUSELL
                                      Attorneys for Plaintiff, NATHAN HANSFORD

-1-
**STIPULATION FOR DISMISSAL AND ORDER**

Dated: October 6, 2011　　　　　　　　　　　ANGELO, KILDAY & KILDUFF, LLP

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Peter D. Halloran*
　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　CAROLEE G. KILDUFF
　　　　　　　　　　　　　　　　　　　　　PETER D. HALLORAN
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant, COUNTY OF
　　　　　　　　　　　　　　　　　　　　　SOLANO

## **ORDER**

　　GOOD CAUSE APPEARING THEREFOR,

　　IT HEREBY ORDERED THAT this action is dismissed with prejudice, each party to bear its/his own fees and costs, including attorneys' fees. The Clerk of the Court is directed to close this case.

Dated: October 6, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE